KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234
    julie.arbuckle@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MERAS-SOTO, ) <br> ) <br> Defendant. ) <br> _____ ) | CR No.: CR 06-0783 JSW <br><br> STIPULATION AND [PROPOSED] <br> ORDER EXCLUDING TIME |

    On December 14, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from December 14, 2006 to February 1, 2007 in the interests of justice, for effective preparation of counsel, and for consideration of a change of plea because defense counsel required time to obtain and review additional information relevant to whether there will be a change of plea in this case. The parties represented that granting the continuance was the reasonable time necessary for effective preparation and consideration of a change of plea, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice

Stipulation and [Proposed] Order Excluding Time - CR No. 06-0783 JSW                  1

1  served by granting such a continuance outweighed the best interests of the public and the
2  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:
4                                              KEVIN V. RYAN
                                                United States Attorney
5
6  DATED: December 21, 2006            _____/s/_____
                                                JULIE A. ARBUCKLE
7                                               Assistant United States Attorney
8
   DATED: December 21, 2006            _____/s/_____
9                                               GEOFFREY HANSEN
                                                Attorney for Defendant Jose Meras-Soto
10
11     As the Court found on December 14, 2006, and for the reasons stated above, the Court finds
12 that the ends of justice served by the continuance outweigh the best interests of the public and the
13 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
14 calculations from December 14, 2006 to February 1, 2007 in the interests of justice and for
15 effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the
16 requested continuance would deny counsel reasonable time necessary for effective preparation,
17 taking into account the exercise of due diligence, and would result in a miscarriage of justice.
18 See 18 U.S.C. §3161(h)(8)(B)(iv).
19     IT IS SO ORDERED.
20
21 DATED: January 3, 2007              _____/s/ Jeffrey S. White_____
                                                Jeffrey S. White
22                                              United States District Judge

Stipulation and [Proposed] Order Excluding Time - CR No. 06-0783 JSW                    2